UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBRA J. THOMPSEN,<br><br>    Plaintiff,<br><br>    v.<br><br>AARON S. BRESHEARS and JANE DOE BRESHEARS, husband and wife, the CITY OF PULLMAN, a municipal corporation of the State of Washington,<br><br>    Defendants. | NO. CV-08-230-RHW<br><br>**ORDER GRANTING THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE** |

Before the Court is the parties' Stipulation of Dismissal with Prejudice (Ct. Rec. 125). The parties indicate that they have fully settled the above-captioned matter and ask that the claims for damages be dismissed with prejudice. In her complaint, Plaintiff filed a claim for injunctive relief against the City of Pullman. The parties ask that this claim be remanded to the Whitman County Superior Court to decide Plaintiff's motion to seal records in the possession of the City of Pullman Police Department relating to her arrest on July 5, 2006.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation of Dismissal with Prejudice (Ct. Rec. 125) is **GRANTED**.

2. Plaintiff's claims for damages are dismissed with prejudice.

3. The claim for injunctive relief is remanded to Whitman County Superior Court.

**ORDER GRANTING THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE ~** 1

1  **IT IS SO ORDERED**.  The District Court Executive is directed to enter this
2  Order and forward copies to counsel and **close the file**.
3  DATED this 25th day of March, 2010.

         *s/Robert H. Whaley*
         ROBERT H. WHALEY
         United States District Judge

8  Q:\CIVIL\2008\Thompsen\dismiss.wpd

**ORDER GRANTING THE PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE ~ 2**